UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANGELA KAY RUDDER and J.H.,
    Plaintiff,

v.                                                    Case No.:  3:22-cv-10050/MCR/ZCB

TIMOTHY WYROSDICK, et al.,
    Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on April 6, 2023. (Doc. 23).  The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 23) is adopted and incorporated by reference in this order.

2. Defendant William Husfelt's Motion to Dismiss (Doc. 10) is **GRANTED**;

3. Defendants School Board for Santa Rosa County and Timothy Wyrosdick's Motion to Dismiss (Doc. 17) is **GRANTED**;

4. Plaintiff's complaint is **DISMISSED without prejudice** for lack of subject matter jurisdiction;

5. Plaintiff's Motion for Leave to Amend (ECF No. 25) is **DENIED** as moot and alternatively as deficient; and

5. The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 16th day of June 2023.

_M. Casey Rodgers_
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**